**Dismissed and Memorandum Opinion filed January 24, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01057-CR

_____

**MARCUS TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 1167364

## MEMORANDUM   OPINION

Appellant entered a guilty plea to aggravated robbery with a deadly weapon.   On September 18, 2008, the trial court deferred a finding of guilt, placed appellant on community supervision for five years, and assessed a $1,000 fine.   The State later moved to adjudicate appellant's guilt, and appellant entered a plea of true to the allegations in the motion.   On November 1, 2011, the trial court adjudicated appellant's guilt and sentenced him to confinement for eight years in the Institutional Division of the Texas Department of Criminal Justice and assessed a $1,000 fine.   On November 30, 2011, appellant mailed a *pro se* notice of appeal, and it was filed on December 6, 2011.   *See* Tex. R. App. P. 9.2(b)

(stating documents timely mailed are considered timely filed if received within ten days after the filing deadline). We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that appellant waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record contains appellant's signed waiver of the right of appeal, and therefore, the record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and Jamison.
Do Not Publish — TEX. R. APP. P. 47.2(b)